Erven T. Nelson
Nevada Bar #2332
Law Office of Erven T. Nelson
900 Las Vegas Boulevard South
Suite 802
Las Vegas, NV 89101
T:702-498-9111
ervnelson6@gmail.com
*Attorneys for Plaintiffs Thomas Christensen and E. Breen Arntz*

Thomas F. Christensen, Esq.
Nevada Bar #2326
Christensen Law Offices, LLC
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T:702-870-1000
F:702-870-6152
courtnotices@injuryhelpnow.com
*Attorneys for Plaintiff Gary Lewis*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS CHRISTENSEN, E. BREEN ARNTZ, AND GARY LEWIS<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AUTOMOBILE INSURANCE COMPANY, LEWIS ROCA ROTHGERBER CHRISTIE, DANIEL POLESENBERG, J. CHRISTOPHER JORGENSEN, ABRAHAM SMITH, MATTHEW TSAI, WINNER & SHERROD f/k/a ATKIN WINNER & SHERROD, THOMAS E. WINNER, MATTHEW J. DOUGLAS,<br><br>Defendants, | CASE NO: 2:21-cv-01374-JAD-NJK<br><br><br><br>ECF No. 21 |

**STIPULATION TO EXTEND TIME TO FILE RESPONSES (SECOND REQUEST)**

IT IS HEREBY STIPULATED among the parties signing below, by and through their respective counsel of record, that the time for filing of the Plaintiffs' Responses to

1

Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) (filed July 30, 2021, as ECF No. 6), Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (filed July 30, 2021, as ECF 7) and Defendants' Motion to Dismiss for Insufficient Service of Process or Motion to Quash Service (filed July 30, 2021, as ECF No. 9) shall be extended until September 13, 2021.  The reason for the extension is that counsel are exploring settlement possibilities.  This is the second request to extend time related to these pending Motions.  The Motions have not been scheduled for hearing.

| LAW OFFICE OF ERVEN T. NELSON | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| /s/ Erven T. Nelson<br>Erven T. Nelson<br>Nevada Bar #2332<br>900 Las Vegas Boulevard South<br>Suite 802<br>Las Vegas, NV 89101<br>T:702-498-9111<br>*Attorneys for Plaintiffs Thomas Christensen and E. Breen Arntz* | /s/ J. Christopher Jorgensen<br>J. Christopher Jorgensen, Esq. (5382)<br>3993 Howard Hughes Parkway,<br>Ste. 600<br>Las Vegas, NV 89169<br>T:702-949-8200<br>*Attorneys for Defendants United Automobile Insurance Company, Lewis Roca Rothgerber Christie, Daniel F. Polsenberg, J. Christopher Jurgensen, Abraham G. Smith and Mathew Tsai* |
| Date August 26, 2021 | Date: August 26, 2021 |
| CHRISTENSEN LAW OFFICES, LLC | CAMPBELL & WILLIAMS |
| /s/ Thomas Christensen<br>Thomas Christensen<br>Nevada Bar #2326<br>1000 Valley View South<br>Las Vegas, NV 89107<br>T:702-870-1000<br>*Attorneys for Plaintiff Gary Lewis* | /s/ Philip R. Erwin<br>Donald M. Campbell, Esq. (1216)<br>Philip R. Erwin, Esq. (11563)<br>710 South Seventh Street, Suite A<br>Las Vegas, Nevada 89101<br>T: 702-382-5222<br>*Attorneys for Defendant Winner & Sherrod* |

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 27, 2021