Erven T. Nelson
Nevada Bar #2332
Law Office of Erven T. Nelson
900 Las Vegas Boulevard South
Suite 802
Las Vegas, NV 89101
T:702-498-9111
ervnelson6@gmail.com
*Attorneys for Plaintiffs Thomas Christensen and E. Breen Arntz*

Thomas F. Christensen, Esq.
Nevada Bar #2326
Christensen Law Offices, LLC
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T:702-870-1000
F:702-870-6152
courtnotices@injuryhelpnow.com
*Attorneys for Plaintiff Gary Lewis*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS CHRISTENSEN, E. BREEN ARNTZ, AND GARY LEWIS<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AUTOMOBILE INSURANCE COMPANY, LEWIS ROCA ROTHGERBER CHRISTIE, DANIEL POLESENBERG, J. CHRISTOPHER JORGENSEN, ABRAHAM SMITH, MATTHEW TSAI, WINNER & SHERROD f/k/a ATKIN WINNER & SHERROD, THOMAS E. WINNER, MATTHEW J. DOUGLAS,<br>Defendants, | CASE NO: 2:21-cv-01374-JAD-NJK<br><br>ECF No. 30 |

## AMENDED STIPULATION TO EXTEND TIME TO FILE

## RESPONSES (THIRD REQUEST)

IT IS HEREBY STIPULATED among the parties signing below, by and through their respective counsel of record, that the time for filing of the Plaintiffs' Responses or Replies to the following Motions/Responses shall be extended until September 13, 2021:

ECF 17 Anti-SLAPP Special Motion to Dismiss under NRS 41.660 filed August 20, 2021;

ECF 23 Response to Motion to Remand filed August 30, 2021;

ECF 25 Request for Judicial Notice filed August 31, 2021; and

ECF 27 Response to Motion to Stay Case filed August 31, 2021.

This is the third request to extend time related to some of these pending Motions, which have not been scheduled for hearing. This request is due to the fact that counsel for the plaintiffs have been out of state when or since some of the filings have been filed or their responses/replies have come due, counsel for Gary Lewis is currently out of state through September 12, 2021, and that as late as Wednesday, September 1, 2021, counsel for the plaintiffs and the lawyer plaintiffs have been discussing a settlement proposal to submit to the defendants in the near future.

| | |
|---|---|
| LAW OFFICE OF ERVEN T. NELSON | LEWIS ROCA ROTHGERBER CHRISTIE |
| _/s/ Erven T. Nelson_ | _/s/ J. Christopher Jorgensen_ |
| Erven T. Nelson | Abraham G. Smith    (13250) |
| Nevada Bar #2332 | J. Christopher Jorgensen, Esq. (5382) |
| 900 Las Vegas Boulevard South | 3993 Howard Hughes Parkway, |
| Suite 802 | Ste. 600 |
| Las Vegas, NV 89101 | Las Vegas, NV 89169 |
| T:702-498-9111 | T:702-949-8200 |
| *Attorneys for Plaintiffs Thomas Christensen and E. Breen Arntz* | *Attorneys for Defendants United Automobile Insurance Company, Lewis Roca Rothgerber Christie, Daniel F. Polsenberg, J. Christopher Jurgensen, Abraham G. Smith and Mathew Tsai* |
| Date September 2, 2021 | Date: September 2, 2021 |

**Based on the parties' amended stipulation [ECF No. 30] and good cause appearing, IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 7, 2021

| CHRISTENSEN LAW OFFICES, LLC | CAMPBELL & WILLIAMS |
|---|---|
| ___/s/ Thomas Christensen___<br>Thomas Christensen<br>Nevada Bar #2326<br>1000 Valley View South<br>Las Vegas, NV 89107<br>T:702-870-1000<br>*Attorneys for Plaintiff Gary Lewis* | ___/s/ Philip R. Erwin___<br>Donald M. Campbell, Esq. (1216)<br>Philip R. Erwin, Esq. (11563)<br>710 South Seventh Street, Suite A<br>Las Vegas, Nevada 89101<br>T: 702-382-5222<br>*Attorneys for Defendant Winner & Sherrod* |
| Date:  September 2, 2021 | Date: September 2, 2021 |