1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8  | THOMAS CHRISTENSEN, E. BREEN
9  | ARNTZ, and GARY LEWIS,
   |     Plaintiffs,
10 |
   | v.
11 |
12 | UNITED AUTOMOBILE INSURANCE
   | COMPANY, et al.,
13 |     Defendants.

Case No.: 2:21-cv-01374-JAD-NJK

**ORDER**

[Docket No. 42]

14    Pending before the Court is Plaintiffs' motion to extend Plaintiffs' deadline to file proof of

15  service.  Docket No. 42.  This matter is properly resolved without a hearing.  Local Rule 78-1.

16  Generally, service must be effectuated within 90 days of filing the complaint. Fed. R. Civ. P. 4(m).

17  If good cause is shown, the Court must extend the time of service for an appropriate period.  *Id.*

18  Plaintiffs seek an additional sixty days to effectuate service on Defendant Matthew J. Douglas and

19  the Lewis Roca Defendants.  *See* Docket No. 42 at 3.  For good cause shown, the motion to extend

20  is **GRANTED** and the deadline to effectuate service is **EXTENDED** from September 20, 2021,

21  until November 19, 2021.

22    IT IS SO ORDERED.

23    Dated: September 21, 2021

24

25    _____
      Nancy J. Koppe
      United States Magistrate Judge

26
27
28

1