LEWIS ROCA ROTHGERBER CHRISTIE LLP
DANIEL F. POLSENBERG, ESQ. (2376)
DPolsenberg@LewisRoca.com
J. CHRISTOPHER JORGENSEN, ESQ. (5382)
CJorgensen@LewisRoca.com
ABRAHAM G. SMITH, ESQ. (13250)
ASmith@LewisRoca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200

*Attorneys for Defendants United Automobile Insurance Company*

CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@cwlawlv.com
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222

*Attorneys for Defendants Winner & Sherrod and Thomas E. Winner*

LEWIS ROCA ROTHGERBER CHRISTIE LLP
J. CHRISTOPHER JORGENSEN, ESQ. (5382)
CJorgensen@LewisRoca.com
ABRAHAM G. SMITH, ESQ. (13250)
ASmith@LewisRoca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200

*Attorneys for Defendants Lewis Roca Rothgerber Christie LLP, Daniel F. Polsenberg, J. Christopher Jorgensen, Abraham Smith, and Matthew Tsai*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS CHRISTENSEN, E. BREEN ARNTZ, and GARY LEWIS,<br><br>Plaintiffs,<br>vs.<br><br>UNITED AUTOMOBILE INSURANCE COMPANY, LEWIS ROCA ROTHGERBER CHRISTIE, DANIEL POLSENBERG, J. CHRISTOPHER JORGENSEN, ABRAHAM SMITH, MATTHEW TSAI, WINNER & SHERROD f/k/a ATKIN WINNER & SHERROD, THOMAS E. WINNER, MATTHEW J. DOUGLAS,<br><br>Defendants, | Case No. 2:21-CV-01374-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF DISPOSITIVE MOTIONS**<br><br>ECF No. 41 |

1

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Defendants United Automobile Insurance Company ("UAIC"); Lewis Roca Rothgerber Christie; Daniel Polsenberg; J. Christopher Jorgensen; Abraham Smith; Matthew Tsai; Winner & Sherrod f/k/a Atkin Winner & Sherrod (W&S"), and Thomas E. Winner ("Mr. Winner") (collectively, "Defendants") and Plaintiffs Thomas Christensen, E. Breen Arntz and Gary Lewis ("Plaintiffs") hereby STIPULATE to extend the time for Defendants to file their replies in support of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [ECF No. 6]; Request for Judicial Notice [ECF No. 7]; Lewis Roca Defendants' Motion to Dismiss for Insufficient Service or Motion to Quash Service [ECF Nos. 9]; Anti-SLAPP Special Motion to Dismiss under NRS 41.600 [ECF No. 17]; and Request for Judicial Notice [ECF No. 25].

Following two stipulated extensions of time, Plaintiffs filed oppositions to the above-mentioned motions on September 13, 2021, and Defendants' replies thereto is currently due on September 20, 2021. If approved, the parties have agreed to a 21-day extension of time for Defendants to file their replies, which would now be due on October 11, 2021. This is the first stipulation seeking to extend the subject deadline.

Defendants submit good cause exists to approve the requested stipulation due to the number of filings that Defendants must prepare in 7 days. Additionally, counsel for W&S and Mr. Winner is traveling out of state on September 16-17, 2021. Defendants further submit the requested brief extension of time is not interposed for purposes of delay.

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

Respectfully submitted

Dated:  September 20, 2021

| | |
|---|---|
| LAW OFFICE OF ERVEN T. NELSON | CAMPBELL & WILLIAMS |
| By/s/ ***Erven T. Nelson***<br>ERVEN T. NELSON, ESQ. (2332)<br>Ervnelson6@gmail.com<br><br>*Attorneys for Plaintiffs*<br>*Thomas Christensen and E. Breen Arntz* | By /s/ ***Philip R. Erwin***<br>DONALD J. CAMPBELL, ESQ. (1216)<br>djc@cwlawlv.com<br>PHILIP R. ERWIN, ESQ. (11563)<br>pre@cwlawlv.com<br><br>*Attorneys for Defendant*<br>*Winner & Sherrod* |
| CHRISTENSEN LAW OFFICES, LLC | LEWIS ROCA ROTHGERBER CHRISTIE, LLP |
| By/s/ ***Thomas F. Christensen***<br>THOMAS F. CHRISTENSEN, ESQ.<br>courtnotices@injuryhelpnow.com<br><br>*Attorneys for Plaintiff Gary Lewis* | By /s/ ***Daniel F. Polsenberg***<br>DANIEL F. POLSENBERG, ESQ. (2376)<br>DPolsenberg@LewisRoca.com<br>J. CHRISTOPHER JORGENSEN, ESQ. (5382)<br>JJorgensen@LewisRoca.com<br>ABRAHAM G. SMITH, ESQ. (13250)<br>ASmith@LewisRoca.com<br><br>*Attorneys for Defendants United Automobile Insurance Company*<br><br>LEWIS ROCA ROTHGERBER CHRISTIE, LLLP<br><br>By /s/ ***Abraham G. Smith***<br>J. CHRISTOPHER JORGENSEN, ESQ. (5382)<br>JJorgensen@LewisRoca.com<br>ABRAHAM G. SMITH, ESQ. (13250)<br>ASmith@LewisRoca.com<br><br>*Attorneys for Defendants Lewis Rothgerber Christie LLP, Daniel F. Polsenberg, J. Christopher Jorgensen, Abraham Smith, and Matthew Tsai* |

**ORDER**

IT IS SO ORDERED.  The reply deadline is extended to October 11, 2021.

_____
U.S. District Court Judge  9-27-21

3